FILED

APR 1 4 2015

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>SCOTT A. KUEHN, )<br>)<br>Defendant. ) | CRIMINAL NO. 14-30151-NJR |

### STIPULATION OF FACTS

In March of 2014, the Federal Bureau of Investigations (FBI) received information that someone using the Yahoo email address DakotaK98@yahoo.com was engaged in the distribution of child pornography. They also received information that the person using that email address potentially lived in the St. Louis area. As a result of an administrative subpoena to Yahoo for subscriber information, FBI learned that email address returned to Scott Kuehn. Additional investigation showed that Kuehn lived in Belleville, Illinois and had a family member with the name Dakota.

On June 13, 2014, FBI agents went to Kuehn's residence to speak with him. Kuehn admitted that he possessed child pornography. He gave consent to search his laptop and phone. Child pornography was found during a cursory review of his laptop and phone. Kuehn also gave consent for FBI agents to sign in to his email accounts.

Intelligence Analyst Derek Velazco conducted a forensic review of Kuehn's laptop and phone and also signed into Kuehn's email account. Approximately 2,869 images of child pornography and 399 videos containing child pornography were found on Kuehn's devices. Numerous images involved a prepubescent minor or a minor who had not attained 12 years of

age. In addition, IA Velazco also saw an email from Kuehn to "j_weaver_81@hotmail.com" on April 21, 2014 with a video attachment. The video attached to the email, labeled "img_0919.mov," was of an adult male performing a sexual act on a toddler.

STEPHEN R. WIGGINTON
United States Attorney

_____
SCOTT A. KUEHN
Defendant

_____
LAURA V. REPPERT
Assistant United States Attorney

_____
ETHAN SKAGGS
Attorney for Defendant

Date: 4/14/15

Date: 4/14/15